IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CYNTHIA HOLMES                                                                               PLAINTIFF

V.                                      NO. 5:09-cv-00371 JWC

MICHAEL J. ASTRUE,                                                                       DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED THIS 26 DAY OF September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE